STATE OF NEW JERSEY v. WILLIAM OLSEN RILEY.

March 15, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES MONTENERO.

March 15, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. DONALD WILLIAM HOPPING.

March 15, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES HARVEY VANCE, JR.

March 15, 1971. Petition for certification denied. (See 112 *N. J. Super.* 479).

STATE OF NEW JERSEY v. WILLIAM GODWIN.

March 15, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. ARTURO BONANO.

March 15, 1971. Petition for certification granted. (See 113 *N. J. Super.* 210).